IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**ANDREW D. LEDFORD #71854**                                **PLAINTIFF**

**VS.**                                            **CIVIL ACTION NO. 3:06cv635 TSL-JCS**

**CHRISTOPHER EPPS, et al.**                                **DEFENDANTS**

## JUDGMENT

This matter having come on to be heard on this date upon the report and recommendation of United States Magistrate Judge entered in this cause on August 21, 2007, and the court, after a full review of the record, having adopted said report and recommendation as the finding of this court by order dated this day, finds that respondent's motion to dismiss should be granted and that this matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above described action be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the 28th day of September, 2007.

                                               /s/Tom S. Lee
                                               UNITED STATES DISTRICT JUDGE